UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MIGUEL NAVARRETE, :
:
Plaintiff, :
: 20-CV-6775 (JMF)
-v- :
: ORDER
CRYSTAL DELI INC., et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      An initial pretrial conference is currently scheduled in this case for May 5, 2021. Although the parties jointly submitted a proposed Case Management Plan and a joint letter explaining that they do not believe there is need for a conference, ECF Nos. 43 & 44, they failed to provide any of the information that the Court had ordered to be included in that letter, *see* ECF No. 9. Further, while the parties were ordered "to schedule a settlement conference to take place at least two weeks before the initial pretrial conference," *id.* (emphasis removed), the docket does not reflect that any settlement conference has taken place or been scheduled; this conclusion is confirmed by the parties' statement that have not had any settlement discussions as of April 28, 2021, ECF No. 43, at ¶ 3. Accordingly, no later than **April 30, 2021**, the parties shall file a new joint letter with **all** of the information required by the Court's earlier order at ECF No. 9. In that letter, counsel should also explain whether they have complied with the Court's prior Order regarding a settlement conference and, if not, why sanctions should not issue.

      Failure to comply with this Order may result in sanctions.

      SO ORDERED.

Dated: April 28, 2021
      New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge