UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       :
MIGUEL NAVARRETE,       :
       :
      Plaintiff,       :
       :   20-CV-6775 (JMF)
  -v-       :
       :   ORDER
CRYSTAL DELI, INC., et al.,       :
       :
      Defendants.       :
       :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The pretrial conference in this case will be held on **October 20, 2021, at 4:15 p.m.** per the Court's June 9, 2021 Civil Case Management Plan and Scheduling Order.  *See* ECF No. 57. The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: October 14, 2021
      New York, New York       _____
                                                   JESSE M. FURMAN
                                               United States District Judge