UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MIGUEL NAVARRETE et al.,                                                :
:
                Plaintiffs,                            :
:     20-CV-6775 (JMF)
     -v-                                                              :
:     <u>ORDER</u>
CYRSTAL DELI INC. et al.,                                               :
:
                Defendants.                            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- No later than **October 27, 2021**, the parties shall file a joint letter:

    (1) listing any weeks between now and December 24, 2021, that they would *not* be available for trial;

    (2) listing any weeks during the first quarter of 2022 in which they would *not* be available for trial; and

    (3) advising if both sides would consent to a bench trial and would consent to proceed before the assigned Magistrate Judge. If either party does not consent to a bench trial or to proceeding before the assigned Magistrate Judge, the parties should merely advise the Court that they do not consent without disclosing the identity of the party or parties who do not consent.

- In accordance with the Court's June 9, 2021 Civil Case Management Plan and Scheduling Order, *see* ECF No. 57 ¶¶ 14-15, the parties shall, no later than **November 15, 2021**, submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices and Fed. R. Civ. P. 26(a)(3). The parties shall also follow Paragraph 5 of the Court's Individual Rules and Practices for Civil Cases, which identifies submissions that must be made at or before the time of the Joint Pretrial Order, including any motions *in limine*. Additionally, if this action is to be tried before a jury, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions shall be filed on or before the Joint Pretrial Order due date in accordance with the Court's Individual Rules and Practices. Jury instructions may not be submitted after the Joint Pretrial Order due date, unless they meet the

standard of Fed. R. Civ. P. 51(a)(2)(A).  If this action is to be tried to the Court, proposed findings of fact and conclusions of law shall be filed on or before the Joint Pretrial Order due date in accordance with the Court's Individual Rules and Practices.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge