# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

---

November 12, 2021

**VIA ECF**  
Honorable Judge Jesse M. Furman  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 72. SO ORDERED.

November 15, 2021

Re: <u>Navarrete, et al. v. Crystal Deli, Inc., et al.</u>  
Civil Docket No.: 20-cv-06775 (JMF)  
Joint Letter Requesting Extension

Your Honor:

Our office represents Plaintiff in the above-referenced matter. I write to respectfully request a two-week extension to submit the Parties' joint pre-trial order, from Monday, November 15, 2021, to Monday, November 29, 2021. Defense counsel consents to this request and this is Plaintiff's first request for an extension.

The reasons for the within request are twofold. First, the undersigned was recently assigned this case and respectfully requests some additional time to familiarize myself with the record herein. Second, the Parties require additional time to draft and coordinate their respective contributions to the joint pre-trial order. As such, the Parties respectfully request a two-week extension to submit the joint pre-trial order.

Plaintiff thanks the Court for its time and consideration of this matter.

Respectfully submitted,

/s/_____  
Catalina Sojo, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*

cc: Younghoon Ji, Esq (via ECF)  
Attorney for Defendants

---

*Certified as a minority-owned business in the State of New York*