# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

_____

November 24, 2021

**VIA ECF**  
Honorable Judge Jesse M. Furman  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 74. SO ORDERED.*

*November 24, 2021*

Re:   Navarrete, et al. v. Crystal Deli, Inc., et al.  
      Civil Docket No.: 20-cv-06775 (JMF)  
      Joint Letter Requesting Extension

Your Honor:

   Our office represents Plaintiff in the above-referenced matter. I write, jointly with Defendants' counsel, to respectfully request a two-week extension to submit the Parties' joint pre-trial order, from Monday, November 29, 2021, to Monday, December 13, 2021. This is the parties' second request for an extension.

   During the past week, the parties have been trying to negotiate a settlement and remain hopeful that they can reach an agreement within the next couple of weeks. Consequently, the parties want to focus their efforts in trying to reach an agreement and request a two-week extension to submit the joint pre-trial order.

   The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ Catalina Sojo  
Catalina Sojo, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*

cc:   Younghoon Ji, Esq (via ECF)  
      Attorney for Defendants

*Certified as a minority-owned business in the State of New York*