UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MIGUEL NAVARRETE et al.,                                           :
:
                      Plaintiffs,                    :
:      20-CV-6775 (JMF)
        -v-                                                  :
:      ORDER
:
CRYSTAL DELI INC. et al.,                                          :
:
                      Defendants.                    :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As the parties know, jury trials in this District are currently limited due to the COVID-19 pandemic and, thus, available courtrooms are allotted subject to a priority system. The Court requested several dates during the next quarter and was assigned **January 11, 2022**. That said, there are cases ahead of this one in the trial queue for that date. If any of those trials proceed, this case will not be tried beginning on January 11, 2022, and the Court will have to set a new date. In the event that the trials slated for January 11, 2022, go away, however, trial in this case will begin that date. **Accordingly, unless and until the Court says otherwise, the parties must be prepared to begin trial January 11, 2022.** The Court will advise the parties in the event there is a material change in circumstances.

       SO ORDERED.

Dated: December 2, 2021
       New York, New York
                                            _____
                                              JESSE M. FURMAN
                                            United States District Judge